Jeffrey L. Hartman, Esq., #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Suite B
Reno, Nevada  89509
Telephone: (775) 324-2800
Fax: (775) 324-1818
Email: notices@bankruptcyreno.com

Attorney for Debtor
Cal Neva Lodge, LLC

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. 16-51281-GWZ |
| CAL NEVA LODGE, LLC, | Chapter 11 Case |
| Debtor. | |
| _____/ | |
| PAUL AND EVY PAYE, LLC, | Adv. No. 17-05040 |
| Plaintiffs, | |
| v. | **THIRD STIPULATION AND ORDER REGARDING EXTENSION OF TIME TO RESPOND** |
| CAL NEVA LODGE, LLC, 9898 LAKE, LLC, and CR LAKE TAHOE, LLC, DOES 1-20 and ROES 1-20, | |
| Defendants. | **Hearing Date: N/A**<br>**Hearing Time:** |
| _____/ | |

Plaintiff Paul and Evy Paye, LLC ("Paye"), and Defendants Cal Neva Lodge, LLC ("Cal Neva"), 9898 Lake, LLC ("9898"), and CR Lake Tahoe, LLC ("CRLT") agree as follows:

1. Paye filed this adversary proceeding ("Complaint"), on October 6, 2017.

2. Each of the Defendants acknowledge having received service of process.

3. Defendants 9898 and CRLT are not currently represented by counsel.

4. Defendant Cal Neva owns the membership interest in New Cal-Neva Lodge, LLC which, in turn owns the membership interest in Defendant CRLT which, in turn, owns the membership interest in Defendant 9898, and is entering into this Stipulation on behalf of CRLT and 9898 pending their retention of counsel.

5. Under applicable rules, Defendants' obligation to answer or otherwise respond to the Complaint was due on Monday, November 13, 2017.

6. In their first Stipulation for Extension, **DE 55**, the parties agreed to November 28, 2017, as the time within which Defendants would be required to answer or otherwise respond.

7. In their second Stipulation for Extension, **DE 58**, the parties agreed to December 14, 2017, as the time within which Defendants would be required to answer or otherwise respond.

8. Based upon the pending global resolution of substantially all issues in the main case as well as this adversary proceeding, Plaintiff and Defendants have now agreed to a third extension of time within which Defendants, individually, are required to answer or otherwise respond to the Complaint. Based upon the foregoing,

**IT IS HEREBY STIPULATED AND AGREED** that

A. The time within which Defendants are required to answer or otherwise respond to the Complaint is extended to January 14, 2018; and

B. This extension does not preclude any request for a further extension.

| HARTMAN & HARTMAN | ESTES LAW, P.C. |
|---|---|
| /S/ Jeffrey L. Hartman | /S/ Holly E. Estes |
| Jeffrey L. Hartman, Esq. For<br>Cal Neva Lodge, LLC | Holly E. Estes, Esq. For<br>Paul and Evy Paye, LLC |

#####